IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRYAN BALDWIN**                                                             **PLAINTIFF**

v.                           Case No. 2:18-cv-0071-KGB-JJV

**OCIE BANKS, Sheriff,**
**Lee County,** *et al.*                                                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Bryan Baldwin's complaint and amended complaint are dismissed.

So adjudged this 14th day of February, 2019.

                                                                                Kristine G. Baker
                                                                                United States District Judge